IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GEORGE E. ZEIGLER | ) | |
| | ) | |
| v. | ) | Case No. CV206-139 |
| | ) | |
| HONEYWELL INTERNATIONAL, INC. | ) | |
| *formerly known as* ALLIEDSIGNAL, INC. and | ) | |
| *formerly known as* ALLIED CHEMICAL CORP | ) | |

# ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment #07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA